UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Nadine Joachin,<br><br>                                Plaintiff,<br><br>        -against-<br><br>ArchCare at Terence Cardinal Cooke Health Care Center, et al.,<br><br>                               Defendants. | 1:25-cv-07592 (VSB) (SDA)<br><br>ORDER OF SERVICE |

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff paid the relevant fees to brings this *pro se* action alleging a hodgepodge of claims against multiple defendants.[1] (*See* Compl., ECF No. 1, at PDF p. 8.) On September 17, 2025, the Court entered an Order of Service directing the Clerk of Court to issue summonses to some of the defendants identified in the Complaint and required Plaintiff to file an amended pleading with the proper names and addresses for other defendants listed in the Complaint. (*See* 9/17/25 Order of Service, ECF No. 5.) On September 25, 2025, Plaintiff filed an "Amended Defendant's List" with the names and addresses of Defendants 4 to 9. (*See* List, ECF No. 7, at PDF p. 1.) Accordingly, the Clerk of Court is respectfully requested to issue summonses to the following defendants[2] that have been identified in the list filed at ECF No. 7:

Ride Safely.com Inc.
2019 Bristol Pike, Suite 100
Croydon, PA 19021

Neigbors Joseph Woodbury
67 N. Center Street
American Fork, UT 84003

---

[1] In issuing this Order of Service, the Court is not passing on the merits of any of Plaintiff's claims.

[2] Ride Safely.com Inc. and Neigbors Joseph Woodbury are hereinafter referred to as "Defendants."

Plaintiff is directed to serve the summonses and complaint on the Defendants listed above within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

Plaintiff has failed to adequately identify Defendant 7 (listed as "Chen Mrs. Hui & Mr. Jimmy"). As listed, it is unclear whether Plaintiff is referring to one or more defendants and the precise names for the individual(s). Plaintiff shall provide clarification on the proper name(s) and address(es) for Defendant 7 in a letter to be filed to the ECF docket within 14 days. If she fails to do so, then no summonses will be issued for this defendant(s).

The NYPD 23rd Precinct is listed as Defendant 9. However, as stated in the Court's September 17 Order, the NYPD is a non-suable agency of the City of New York. (*See* 9/17/25 Order of Service). Thus, no summons will be issued for Defendant 9.

**SO ORDERED.**

Dated:    New York, New York
         September 26, 2025

_____
STEWART D. AARON
United States Magistrate Judge