# McGuireWoods

| | |
|---|---|
| **McGuireWoods LLP** | **Philip A. Goldstein** |
| 1251 Avenue of the Americas | Direct: 212.548.2167 |
| 20th Floor | pagoldstein@mcguirewoods.com |
| New York, NY 10020-1104 | |
| Phone: 212.548.2100 | |
| Fax: 212.548.2150 | |
| www.mcguirewoods.com | |

February 2, 2026

Application GRANTED. The deadline for Synchrony Bank to respond to the complaint is adjourned *sine die*. SO ORDERED.

Dated: February 2, 2026

**Via ECF**

Hon. Stewart D. Aaron, U.S.M.J.
United States District Court
    Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 11C
New York, New York 10007

**Re:**    ***Nadine Joachin v. ArchCare at Terence Cardinal Cooke Health Care Center, et al.***
**Case No. 1:25-cv-07592-VSB-SDA**
***Request to Stay Deadline to Respond to Second Amended Complaint***

Dear Judge Aaron:

This firm represents defendant Synchrony Bank ("Synchrony") in the above-referenced matter. Synchrony respectfully requests that the deadline for Synchrony and the other defendants to respond to the Second Amended Complaint ("SAC"; ECF No. 19) be stayed pending resolution of the Order to Show Cause entered on January 30, 2026 ("OTSC"; ECF No. 21). The deadline for Synchrony (and the other defendants) to respond to the SAC is currently February 10, 2026.

On December 29, 2025, a telephone conference was held with Plaintiff and the undersigned counsel, during which the Court addressed the deficiencies in Plaintiff's Amended Complaint. On December 29, 2025, the Court entered an Order, requiring Plaintiff, by no later than January 31, 2026, to file a second amended complaint setting forth which legal claims she was asserting against each defendant, as well as the factual allegations supporting such claims. (ECF No. 18). On January 21, 2026, Plaintiff filed the SAC, which adds more than a dozen defendants not previously named in this action.

On January 30, 2026, the Court *sua sponte* ordered Plaintiff to show cause by February 27, 2026 as to "why this case should not be dismissed without prejudice as frivolous." (OTSC, p. 4). In doing so, the Court states "the Second Amended Complaint fails to set forth factual allegations to support the claims asserted against the multiple defendants previously named and/or the newly added defendants and on its face fails to state any viable legal claims." (*Id.* p. 4).

Considering the nature of the OTSC, Synchrony respectfully requests that the deadline to respond to the SAC be stayed pending resolution of the OTSC.

Atlanta | Austin | Baltimore | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C.

Hon. Stewart D. Aaron, U.S.M.J.
February 2, 2026
Page 2

Respectfully Submitted,

*/s/ Philip A. Goldstein*

Philip A. Goldstein

PAG/

cc:     All Counsel of Record (via ECF)
        Nadine Joachin (via ECF; *see* ECF No. 20)